**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 0 3 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 19-4447 JP |
| Plaintiff, ) | |
| ) | |
| vs. ) | 18 U.S.C. §§ 1153 and 1112: |
| ) | Involuntary Manslaughter. |
| **MAROQUEZ CLAH**, ) | |
| ) | |
| Defendant. ) | |

# INDICTMENT

The Grand Jury charges:

On or about August 30, 2019, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **MAROQUEZ CLAH,** an Indian, unlawfully killed John Doe by operating a motor vehicle without due caution and circumspection and with a wanton and reckless disregard for human life when he knew or should have known that his conduct imperiled the lives of others, and while in the commission of an unlawful act not amounting to a felony, that is while: (1) driving any vehicle carelessly and heedlessly in willful or wanton disregard of the rights or safety of others without due caution and circumspection and at a speed or in a manner so as to endanger or be likely to endanger any person or property, in violation of N.M. Stat. Ann. § 66-8-113; and (2) driving a vehicle under the influence of intoxicating liquor, in violation of N.M. Stat. Ann. § 66-8-102(A) (1978).

In violation of 18 U.S.C. §§ 1153 and 1112.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney
11/25/19 12:54PM