# **INITIAL APPEARANCE**

In the matter of United States v. __Maroquez Clah__

Cause #. __19-CR-4447__ ;

Date: __Friday, February 14, 2020__ ;

B. Paul Briones, United States Magistrate Judge presiding.

This proceeding is being digitally recorded.

Commenced hearing at __10:20 a.m.__.

Appearing for the U.S. Attorney for the District of NM: __Novaline Wilson__ - via telephone

Interpreter __N/A__ (Swear In)

## RIGHTS
- ✓ Right to remain silent. 5d1E
- ✓ Right to an attorney.    5d1B
- ☐ ~~Right to a Preliminary Hearing. 5d1D~~
- ✓ Right to a Detention Hearing. 5d1C
- ☐ ~~Right to an Identity Hearing. 20~~
- ✓ Right to a trial before a jury.   R58b2
- ✓ Right to Country's Consular Representative Notification.

## CHARGES AND MAXIMUM PENALTIES / VICTIMS
- ✓ Defendant has been provided copy of the charging document.
- ✓ Charges were read to Defendant by Judge Briones
- ✓ Defendant acknowledged understanding the charges.
- ✓ +AUSA advised Defendant of penalties, fines period of supervised release
- ✓ Court advised applicability of the Crime Victims' Rights Act 18 U.S.C. §3771(a)(2)
- ✓ Court could also order you to pay restitution to the alleged victim(s) in this case. *[For Victim     cases; R58b2 requires this advisement for misd; 18 USC § 3556 is rest statute]*

## APPOINTMENT OF COUNSEL [*IF NONE*]
- ✓ Court appointed Counsel.
- ☐ Defendant advised that he/she has retained or intends to retain an attorney.
- ✓ Advised of opportunity to speak to Public Defender and sign Affidavit of Assets.

## DETENTION
- ✓ Granted Motion to Detain and remanded Defendant into the custody of the U.S. Marshal.
- ✓ Detention hearing Scheduled for __Tuesday, February 18, 2020__.
- ✓ Advised of pre-trial interview.

## PRELIMINARY HEARING
- ✓ Scheduled preliminary hearing for __Tuesday, February 18, 2020__.

## ~~IDENTITY HEARING if Criminal Complaint/Indictment arose from jurisdiction other than NM.~~
- ☐ ~~Charges arising out of the Federal District of [_____],~~
- ☐ ~~Identity Hearing scheduled for _____.~~

## MEDICATIONS, DRUGS OR ALCOHOL
- ☐ Inquired whether Defendant was on any prescribed medications or other drugs or alcohol at time of hearing affecting Defendant's ability to understand the proceedings.
       Yes [    ] / No [    ]

## ADDITIONAL MATTERS BROUGHT BEFORE THE COURT
- ✓ Defendant raised the following: __N/A__.

Concluded the Initial Appearance at __10:28 a.m.__